IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYN GARRETT, on behalf of himself and all others similarly situated, | ) ) ) ) | 2:09-cv-02651-GEB-JFM |
| Plaintiff, | ) ) | <u>ORDER</u> |
| v. | ) ) | |
| SMOKING EVERYWHERE, INC., a Florida Corporation, | ) ) ) | |
| Defendant. | ) ) | |
| RYAN MATHIAS, individually, and on behalf of other members of the general public similarly situated, | ) ) ) ) ) | 2:09-CV-03434-GEB-JFM |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| SMOKING EVERYWHERE, INC., a Florida Corporation, | ) ) ) | |
| Defendant. | ) ) | |

       A status conference was held in the above cases on July 12, 2010. William F. Wright appeared for Defendant, Miriam L. Schimmel appeared for Plaintiff Ryan Mathias, and no appearance was made on behalf of Plaintiff Bryn Garrett. Plaintiff Garret and Defendant filed a status report one day late; this is sanctionable conduct.

       Mr. Wright indicated during the status conference that he may file a motion to withdraw, which could result in Defendant's answer

1

being stricken in each case. Since the status of these cases is unclear, another status conference is scheduled to commence at 9:00 a.m. on October 18, 2010. A joint status report shall be filed no later than fourteen (14) days prior to the status hearing.

IT IS SO ORDERED.

Dated: July 12, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge