IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MATHIAS, individually, and on behalf of other members of the general public similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>SMOKING EVERYWHERE, INC., a Florida Corporation,<br><br>            Defendant. | 2:09-CV-03434-GEB-JFM<br><br>ORDER |

At the Status Hearing heard on October 18, 2011, the Court decided that Plaintiff shall file a motion for class certification, which is timely noticed for hearing on or before May 16, 2011. Alternatively, Plaintiff shall explain in a filing noticed for hearing no later than May 16, 2011, why this action should not be dismissed for failure of prosecution.

A further status hearing is scheduled to commence at 9:00 a.m. on September 19, 2011. A joint status report shall be filed no later than fourteen (14) days prior to the status hearing.

IT IS SO ORDERED.

Dated:  October 19, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1