IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RYAN MATHIAS, individually, and )
on behalf of other members of ) 2:09-cv-03434-GEB-JFM
the general public similarly )
situated, )
) ORDER
        Plaintiff, )
)
    v. )
)
SMOKING EVERYWHERE, INC., a )
Florida Corporation, )
)
        Defendant. )
_____ )

        The parties' Joint Stipulation filed on March 24, 2011, seeks the below continuance, which is granted without deciding the good cause issue. Therefore, Plaintiff shall file a motion for class certification which shall be timely noticed for hearing on July 25, 2011, commencing at 9:00 a.m.  Alternatively, Plaintiff shall explain in a filing noticed for hearing at the same time and date, why this action should not be dismissed for failure of prosecution.

        IT IS SO ORDERED.

Dated:  March 24, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge