IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MATHIAS, individually and on behalf of other members of the general public similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SMOKING EVERYWHERE, INC., a Florida Corporation,<br><br>　　　　　Defendant.<br>_____ | 2:09-cv-03434-GEB-JFM<br><br><u>ORDER CONTINUING STATUS</u><br><u>(PRETRIAL SCHEDULING)</u><br><u>CONFERENCE</u> |

　　　　　The undersigned judge erroneously referred this matter to the Magistrate Judge under Local Rule 302 (c)(21) in an Order filed July 22, 2011. (Order, ECF No. 35.) That portion of the July 22, 2011 Order is vacated. Following issuance of the July 22, 2011 Order, Plaintiff's filed a "Motion for Class Certification" which is noticed for hearing before the Magistrate Judge on October 20, 2011. This motion is rescheduled for hearing before the undersigned judge on October 24, 2011, commencing at 9:00 a.m.

1

1  Further, the status conference scheduled for hearing on
2 September 19, 2011, is continued to June 11, 2012, commencing at 9:00
3 a.m. A status report shall be filed fourteen (14) days prior to the
4 status conference in which Plaintiff is required to explain the status
5 of the default proceedings; if a default judgment motion is not then
6 resolved, Plaintiff shall also explain why this action should not be
7 dismissed for failure to prosecute.
8  IT IS SO ORDERED.
9 Dated: September 14, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge