IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
RYAN MATHIAS, individually, and    )
on behalf of other members of      )    2:09-cv-03434-GEB-JFM
the general public similarly       )
situated,                          )
                                   )    ORDER
            Plaintiff,             )
                                   )
     v.                            )
                                   )
SMOKING EVERYWHERE, INC., a        )
Florida corporation,               )
                                   )
            Defendant.             )
_____)
```

        Plaintiff states in his Status Report filed on June 21, 2012, that "Defendant filed a voluntary petition pursuant to 11 U.S.C. § 301 in U.S. Bankruptcy Court in th[e] Southern District of Florida" on January 11, 2012. (ECF No. 53, 2:3-5.) Plaintiff does not indicate in his Status Report when he learned of Defendant's bankruptcy filing. However, it is concerning that Plaintiff did not notify the Court until now, more than six months after the filing. Plaintiff "w[as] obligated to . . . notify the Court of the automatic stay" as soon as he "had actual notice of the bankruptc[y]." Marquis Fin. Servs. of Ind., Inc. v. Centerstaging Corp., No. CV 08-6672 AHM (CWx), 2009 WL 654810, at *2 (C.D. Cal. Mar. 11, 2009)(citing Alan N. Resnick & Henry J. Sommer, Collier on Bankruptcy ¶ 362.03[3](15th ed., rev. 2008)).

        Notwithstanding the timing of Plaintiff's notice, this action is stayed, and all remaining scheduled dates in this action are vacated.

1

1  Plaintiff is required to file a Status Report notifying this Court
2  within five days of the date on which the stay is lifted.
3  Dated: June 28, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge